Home > Search > Case Search                                                                 🔍 Zoom-In   🔍 Zoom-Out   ↻

## Case Details - GD-22-015663

**Thompkins etal vs City of McKeesport Police etal**

**Filing Date:**
12/19/2022

**Filing Time:**
15:39:00

**Related Cases:**

**Consolidated Cases:**

**Judge:**
No Judge

**Amount In Dispute:**
$ 0

**Case Type:**
Intentional Tort

**Court Type:**
General Docket

**Current Status:**
Notice of Filing

**Jury Requested:**
Yes

### — Parties Count : 57

--Litigants--                                                                                Search

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Thompkins | Courtney | | Plaintiff | | -- | William J Sheridan |
| Neal | Kim | | Plaintiff | | -- | -- |
| Dixon | Ezra | | Plaintiff | | -- | William J Sheridan |
| Steele | Mark | | Defendant | | 01/17/2023 16:00 | -- |
| Sawyer | Brenda | | Defendant | | -- | -- |
| McDonough | Coleman | | Defendant | | -- | -- |
| Doe 9 | John | | Defendant | | -- | -- |
| Doe 9 | Jane | | Defendant | | -- | -- |
| Doe 8 | John | | Defendant | | -- | -- |
| Doe 8 | Jane | | Defendant | | -- | -- |

Showing 1 to 10 of 52 rows    10 ▲ rows per page                                    ‹ 1 2 3 4 5 6 ›

--Attorney--                                                                                 Search                                Top

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Sheridan | William | J | Plaintiff's Attorney | Reed Smith LLP Reed Smith Centre 225 Fifth Avenue Pittsburgh PA 15222-2716 | 4122883131 |
| Ting | Richard | T | Plaintiff's Attorney | P.O. Box 23058 Pittsburgh PA 15222 | -- |
| Loney | Stephen | Allen | Plaintiff's Attorney | P.O. Box 23058 PITTSBURGH PA 15222 | -- |
| Krepps | Paul | D | Defendant's Attorney | Marshall Dennehey Warner etal Union Trust Bldg., Suite 700 Suite 700 Pittsburgh PA 15219 | 4128031140 |
| Scott | Virginia | Spencer | Attorney | 300 Fort Pitt Commons Bldg Pittsburgh PA 15219 | 4123501173 |

Showing 1 to 5 of 5 rows

## Docket Entries Count : 12

Search

| Filing Date | Docket Type | Docket Text | Filing Party | Redacted Document |
|---|---|---|---|---|
| 1/3/2024 | Notice of Filing | petition for removal. | City of McKeesport Police Department | Document 12 |
| 12/4/2023 | Complaint | | Courtney Thompkins | Document 11 |
| 2/9/2023 | Writ Expired | Writ issued on 1/9/2023 10:57:06 AM expired as to Allegheny County Police Department | | No Image |
| 2/9/2023 | Writ Expired | Writ issued on 1/9/2023 10:57:06 AM expired as to Coleman McDonough | | No Image |
| 1/26/2023 | Praecipe for Appearance | Filed on behalf of Defendant | Virginia Scott Spencer | Document 8 |
| 1/17/2023 | Sheriff Return | Dante Diberadin was served with Writ of Summons on 17-JAN-23 04:00 PM by Served - Other - see comments. Tina Lust, Police Department Secretary | Sheriff - Allegheny County | Sheriff Return |
| 1/17/2023 | Sheriff Return | Mark Steele was served with Writ of Summons on 17-JAN-23 04:00 PM by Served - Other - see comments. Tina Lust, Police Department Secretary | Sheriff - Allegheny County | Sheriff Return |
| 1/17/2023 | Sheriff Return | Adam Alfer was served with Writ of Summons on 17-JAN-23 04:00 PM by Served - Other - see comments. Tina Lust, Police Department Secretary | Sheriff - Allegheny County | Sheriff Return |
| 1/17/2023 | Sheriff Return | City of McKeesport Police Department was served with Writ of Summons on 17-JAN-23 04:00 PM by Served - Other - see comments. Tina Lust, Police Department Secretary | Sheriff - Allegheny County | Sheriff Return |
| 1/17/2023 | Sheriff Return | City of McKeesport was served with Writ of Summons on 17-JAN-23 04:00 PM by Served - Other - see comments. Tina Lust, Police Department Secretary | Sheriff - Allegheny County | Sheriff Return |
| 1/13/2023 | Sheriff Return | Allegheny County was served with Writ of Summons on 13-JAN-23 11:24 AM by Served - Adult Agent or person in charge of Defendant(s) office or usual place of business. SERVED ADULT AGENT - KIM DALEY | Sheriff - Allegheny County | Sheriff Return |
| 12/19/2022 | Praecipe for Writ of Summons | | Courtney Thompkins | Document 1 |

Showing 1 to 12 of 12 rows    25 ▲   rows per page

## Event Schedule Count : 0

Search

No matching records found

## Services Count : 6 Complete Service History

Search

| Desc | Name | Service Address | Person Served | Served By | Service Date | Service Time | Status |
|---|---|---|---|---|---|---|---|
| Praecipe for Writ of Summons | Allegheny County | 436 GRANT ST 101 PITTSBURGH,PA 15219 Pittsburgh | Allegheny County | Neil Hall | 1/13/2023 | 11:24 | Served - Adult Agent or person in charge of Defendant(s) office or usual place of business |
| Praecipe for Writ of Summons | City of McKeesport | 201 LYSLE BLVD MC KEESPORT,PA 15132 City of McKeesport | City of McKeesport | Benjamin Flood | 1/17/2023 | 16:00 | Served - Other - see comments |
| Praecipe for Writ of Summons | City of McKeesport Police Department | 201 LYSLE BLVD MC KEESPORT,PA 15132 City of McKeesport | City of McKeesport Police Department | Benjamin Flood | 1/17/2023 | 16:00 | Served - Other - see comments |
| Praecipe for Writ of Summons | Adam Alfer | 201 LYSLE BLVD MC KEESPORT,PA 15132 City of McKeesport | Adam Alfer | Benjamin Flood | 1/17/2023 | 16:00 | Served - Other - see comments |
| Praecipe for Writ of Summons | Dante Diberadin | 201 LYSLE BLVD MC KEESPORT,PA 15132 City of McKeesport | Dante Diberadin | Benjamin Flood | 1/17/2023 | 16:00 | Served - Other - see comments |
| Praecipe for Writ of Summons | Mark Steele | 201 LYSLE BLVD MC KEESPORT,PA 15132 City of McKeesport | Mark Steele | Benjamin Flood | 1/17/2023 | 16:00 | Served - Other - see comments |

Showing 1 to 6 of 6 rows