IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTNEY THOMPKINS, ET AL | Civil Action |
| Plaintiff, | No. 2:24-CV-8 |
| v. | |
| MCKEESPORT POLICE DEPARTMENT, et al | |
| Defendants. | |

**PROPOSED ORDER**

**AND NOW,** this ___ day of _____ 2024 upon consideration of Defendant Allegheny County's Motion to Dismiss the First Amended Complaint and Brief in Support thereof and Plaintiffs' Brief in Opposition, the Motion is granted and the First Amended (ECF 21) is dismissed as to Allegheny County with prejudice.

BY THE COURT,

_____J.