IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTNEY THOMPKINS, EZRA DIXON and KIM NEAL, | No. 2:24-cv-00008-MRH |
| Plaintiffs, | Judge Hornak |
| vs. | |
| CITY OF MCKEESPORT POLICE DEPARTMENT, CITY OF MCKEESPORT, ALLEGHENY COUNTY, ALLEGHENY COUNTY POLICE DEPARTMENT, MARK STEELE, ADAM ALFER, COLEMAN MCDONOUGH, BRENDA SAWYER, DANTE DIBERADIN, JOHN DOES #1-20, JANE DOES #1-20, and EZRA DIXON, | |
| Defendants. | *Electronically Filed.* |

## CERTIFICATE OF CONFERRAL

Pursuant to Chambers rules and local policies and practices, undersigned counsel conferred with counsel for Plaintiffs regarding the filing of the foregoing Motion to Dismiss.

                                                  Respectfully submitted,

                                                  MICHELLE A. HENRY
                                                  Attorney General

                                   By:    *s/ Scott A. Bradley*
                                               SCOTT A. BRADLEY

Office of Attorney General                Senior Deputy Attorney General
1251 Waterfront Place                     Attorney ID 44627
Mezzanine Level
Pittsburgh, PA 15222                      Counsel for Defendant Sawyer
Phone: (412) 565-3586
sbradley@attorneygeneral.gov

Date:  April 15, 2024