IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COURTNEY THOMPKINS, EZRA DIXON and KIM NEAL, | No. 2:24-cv-00008-MRH |
| Plaintiffs, | Judge Hornak |
| vs. | |
| CITY OF MCKEESPORT POLICE DEPARTMENT, CITY OF MCKEESPORT, ALLEGHENY COUNTY, ALLEGHENY COUNTY POLICE DEPARTMENT, MARK STEELE, ADAM ALFER, COLEMAN MCDONOUGH, BRENDA SAWYER, DANTE DIBERADIN, JOHN DOES #1-20, JANE DOES #1-20, and EZRA DIXON, | |
| Defendants. | *Electronically Filed.* |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the Motion to Dismiss Amended Complaint heretofore filed by Commonwealth Defendant Brenda Sawyer, **IT IS HEREBY ORDERED** that said Motion is **GRANTED. ACCORDINGLY,** Counts II, VII, VIII and IX as asserted against Commonwealth Defendant Brenda Sawyer in the Amended Complaint [ECF 21] previously filed by Plaintiffs in this matter are **HEREBY DISMISSED**. Further, Count IV is **HEREBY DISMISSED** to the extent it asserts a claim against Commonwealth Defendant Brenda Sawyer under the Pennsylvania state constitution.

BY THE COURT:

_____
Mark J. Hornak,
United States District Judge